IN RE **Giron, Vincent Jacob & Lenz-Giron, Danelle Kay**     Case No. **12-32330 EEB**
                     Debtor(s)                                                                                                               (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash** | J | **3.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **1st Bank, Checking, # 7061** | J | **50.00** |
| | | **Bellco, Checking, #8560** | J | **5.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Misc. household goods and furnishings including: 1 sofa, 2 loveseats, 2 chairs, 1 dinette set, 1 washer, 1 dryer, 5 beds, 1 stove, 2 freezers, 1 refrigerator, 1 microwave, 3 vcr/dvd players, 4 tvs, 2 stereos, 1 computer** | J | **3,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc clothing for 2 adults and 4 children** | J | **2,500.00** |
| 7. Furs and jewelry. | | **Misc. Jewelry including: sterling silver necklace and one wedding ring** | J | **800.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **2 .22 rifles for son** | J | **200.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Lincoln Benefit term life insurance policy # 8735** | J | **no cash value** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Giron, Vincent Jacob & Lenz-Giron, Danelle Kay**  Case No. **12-32330 EEB**
           Debtor(s)                                                                    (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Federal and State tax refund attributed to an earned income tax credit or a child tax credit.** | J | unknown |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1976 Ford Bronco, 176,000 miles, gutted-no interior, extremely poor condition, purchased on 2/25/04** | H | 500.00 |
| | | **1986 boat trailer, poor condition** | H | 200.00 |
| | | **1999 Chevrolet Suburban, spouse borrows vehicle from her parents** | | 0.00 |
| | | **2000 Ford F150, work truck model, but without work truck package, 168,000 miles, fair condition with scratches and dents, used for business** | J | 3,937.00 |
| | | **2002 Ford Explorer Sport Utility 4D, V8, 4WD, 90,000 miles. Value obtained from NADA website. Used mainly by business partner's wife (Debtor paid off with Debtor's own money and is personally lending such vehcile )** | J | 4,450.00 |
| | | **2004 Dodge Ram 2500 Quad Cab ST Pickup 4D 8 ft, V8, 149,000** | H | 9,050.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Giron, Vincent Jacob & Lenz-Giron, Danelle Kay**      Case No. **12-32330 EEB**
     Debtor(s)                                                          (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | miles<br>Value obtained from NADA Guides website, purchased on 1/15/08, Used for business and personal use by business partner; paid for by Debtor with personal funds borrowed from parents. Claiming both personal automobile and Tools of the Trade exemptions. | | |
| | | **2006 Polaris ATV - used to plow business parking lot.** | **J** | **2,960.00** |
| 26. Boats, motors, and accessories. | | **1990 Bayliner outboard boat. Vaue obtained from NADA website.** | **J** | **1,160.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. tools used in occupation, including table saw, stone saw, forklift, air compressor, tile saw worth approximately $10,000; Debtor's allocated portion of such value is $8,500 and business partner's is $1,500.** | **J** | **8,500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | **37,815.00** |

____**0**____ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Giron, Vincent Jacob & Lenz-Giron, Danelle Kay**          Case No. **12-32330 EEB**
                         Debtor(s)                                              (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash** | CRS §§5-5-105, 13-54-104 | 75% | 3.00 |
| **1st Bank, Checking, # 7061** | CRS §§5-5-105, 13-54-104 | 75% | 50.00 |
| **Bellco, Checking, #8560** | CRS §§5-5-105, 13-54-104 | 75% | 5.00 |
| **Misc. household goods and furnishings including: 1 sofa, 2 loveseats, 2 chairs, 1 dinette set, 1 washer, 1 dryer, 5 beds, 1 stove, 2 freezers, 1 refrigerator, 1 microwave, 3 vcr/dvd players, 4 tvs, 2 stereos, 1 computer** | CRS §13-54-102(1)(e) | 3,500.00 | 3,500.00 |
| **Misc clothing for 2 adults and 4 children** | CRS §13-54-102(1)(a) | 2,500.00 | 2,500.00 |
| **Misc. Jewelry including: sterling silver necklace and one wedding ring** | CRS §13-54-102(1)(b) | 800.00 | 800.00 |
| **Federal and State tax refund attributed to an earned income tax credit or a child tax credit.** | CRS §13-54-102(1)(o) | 100% | unknown |
| **1976 Ford Bronco, 176,000 miles, gutted-no interior, extremely poor condition, purchased on 2/25/04** | CRS §13-54-102(1)(j)(I) | 500.00 | 500.00 |
| **2000 Ford F150, work truck model, but without work truck package, 168,000 miles, fair condition with scratches and dents, used for business** | CRS §13-54-102(1)(i) | 3,937.00 | 3,937.00 |
| **2002 Ford Explorer Sport Utility 4D, V8, 4WD, 90,000 miles. Value obtained from NADA website. Used mainly by business partner's wife (Debtor paid off with Debtor's own money and is personally lending such vehcile )** | CRS §13-54-102(1)(j)(I) | 4,450.00 | 4,450.00 |
| **2004 Dodge Ram 2500 Quad Cab ST Pickup 4D 8 ft, V8, 149,000 miles** Value obtained from NADA Guides website, purchased on 1/15/08, Used for business and personal use by business partner; paid for by Debtor with personal funds borrowed from parents. Claiming both personal automobile and Tools of the Trade exemptions. | CRS §13-54-102(1)(j)(I)<br>CRS §13-54-102(1)(i) | 4,525.00<br>4,525.00 | 9,050.00 |
| **2006 Polaris ATV - used to plow business parking lot.** | CRS §13-54-102(1)(i) | 2,960.00 | 2,960.00 |
| **Misc. tools used in occupation, including table saw, stone saw, forklift, air compressor, tile saw worth approximately $10,000; Debtor's allocated portion of such value is $8,500 and business partner's is $1,500.** | CRS §13-54-102(1)(i) | 8,500.00 | 8,500.00 |

\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only